UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM LEFT HAND,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 1:25-CV-01011-CBK<br><br>MEMORANDUM OPINION AND ORDER DENYING MOTION TO VACATE AND ORDER DENYING A CERTIFICATE OF APPEALABILITY |

Petitioner sent papers to the United States Court of Appeals for the Eighth Circuit which were forwarded to this court for filing herein. Petitioner sets forth in his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 that he is challenging his Monday, August 18, 2025 sentencing. Petitioner is scheduled to be sentenced on revocation of supervised release in 1:14-cr-10001-CBK on that date.

I have conducted an initial consideration of the motion, as required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts. I have reviewed the entire criminal file, including the trial and sentencing transcripts and the trial exhibits. The motion sets forth no basis for relief under 28 U.S.C. § 2255.

I have determined, upon initial consideration, that it plainly appears from the face of the motion and the prior proceedings in the criminal case that petitioner is entitled to no relief and that his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 should be summarily dismissed.

Based upon the forgoing,

IT IS ORDERED that the motion, Doc. 1, to vacate, set aside, or correct sentence is denied and this matter is dismissed.

IT IS HEREBY CERTIFIED that there does not exist probable cause of an appealable issue with respect to the Court's order denying petitioner's § 2255 motion.

No certificate of appealability will be granted. This in no way hampers the petitioner's ability to request issuance of the certificate by a circuit judge pursuant to Fed. R. App. P. 22.

DATED this 18th day of August, 2025.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge